UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**PETER ANTHONY GRANDPRE, JR.**      **CIVIL ACTION**

**VERSUS**      **NO. 16-1541**

**NEWELL NORMAND, TIMOTHY BERRIAN,**      **SECTION "J" (4)**
**HARRY SILL, J. MAGINITY, BOBBY LEE, JAMES**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Peter Anthony Grandpre, Jr.'s 42 U.S.C. § 1983 claims against Nurse James are **DISMISSED WITH PREJUDICE** as malicious pursuant to 28 U.S.C. § 1915 and § 1915A.

**IT IS FURTHER ORDERED** that Grandpre's § 1983 claims against Sheriff Newell Normand are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e), § 1915(A), and 42 U.S.C. § 1997(e).

**IT IS FURTHER ORDERED** that Grandpre's § 1983 claims of excessive force against Sergeant Timothy Berrian, Deputy James McGinty, and Deputy Harry Sill, failure to intervene against Sergeant Berrian, and failure to protect against Sergeant Bobby Lee shall remain referred to the assigned Magistrate Judge for further pretrial proceedings.

New Orleans, Louisiana, this 28th day of November, 2016.

                             _____
                              UNITED STATES DISTRICT JUDGE

**CLERK TO NOTIFY MAGISTRATE**
**JUDGE KAREN WELLS ROBY**